In the Matter of MERTON B. SULLIVAN et al., Appellants, against JAMES E. FINEGAN, Individually and as President of the Municipal Civil Service Commission of the City of New York et al., Respondents.

Argued June 3, 1937; decided July 13, 1937.

*Seth T. Cole* for appellants.

*Paul Windels, Corporation Counsel (Edmund L. Palmieri* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.   (See 275 N. Y. 581.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.